DORA BARDACH, Respondent, *v.* CHAIN BAKERS, INC., et al., Defendants, and ABRAHAM SHERMAN, Appellant.

Submitted April 8, 1943; decided May 27, 1943.

*M. Emanuel Balt* for appellant.

*Julius Lerner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: FINCH, J.